FILED'11 JUN 30 8:54USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JACK W. BURNS and LAURA J.

BURNS, as Tenants by the
Entirety,

        Plaintiffs,        Civ. No. 11-3070-CL

                                          **TEMPORARY RESTRAINING ORDER**

    v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and NORTHWEST
TRUSTEE SERVICES, INC.,

        Defendants.
_____

**PANNER, J.**

    Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on July 1, 2011 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Specifically, plaintiffs allege

1  - ORDER

defendants sold the loan and failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); Hooker v. Northwest Trustee Services, Inc., 2011 WL 2119103, at *3 (2011).

Because of the alleged imminent foreclosure sale, I grant plaintiffs' request for a temporary restraining order (#5). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 820 Crestbrook Road, Medford, Oregon, from this day until Wednesday, July 13, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 9:15 a.m. on July 13, 2011, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this 30 day of June, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2  - ORDER